## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 6th day of March, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS MAIL

Jonathan Jackson Pledger, Esquire
*The Beasley Law Group, PLLC*
5205 Maryland Way, Suite 320
Brentwood, TN 37027

_____
Mary E. Augustine (No. 4477)

617481v1

3